United States District Court
Southern District of Texas
**ENTERED**
May 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SMITH, *et al*, §<br>§<br>Plaintiffs, §<br>VS. §<br>§<br>ANADARKO PETROLEUM §<br>CORPORATION, *et al*, §<br>§<br>Defendants. § | CIVIL ACTION NO. 4:19-CV-589 |

## CONDITIONAL DISMISSAL ORDER

This case was referred to Magistrate Judge Andrew Edison for mediation. Dkt. 149. Judge Edison has advised the Court that the parties have accepted a mediator's proposal for settlement of all claims.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of the plaintiffs' claims, unless any party represents in writing filed with the Court by **JUNE 30, 2020** that the settlement could not be completely documented.

Any pending motions are hereby **DENIED AS MOOT.**

SIGNED at Houston, Texas, this 29th day of May, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE