United States District Court
Southern District of Texas
**ENTERED**
July 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON SMITH, *Individually and On Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br> ANADARKO PETROLEUM CORPORATION & ALPHA SERVICES, LLC, <br><br> Defendants. | § § § § § § § § § § § § § § Case No. 4:19-cv-00589 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Agreed Motion to Dismiss with Prejudice of Plaintiff/Opt-Ins Jason Smith, individually and on behalf of all Members of the Class (Joel Mitchell, Kirt Breaux, Daniel Moton, Ronald Odom, Jesse Rodriguez, John Hunt, David McWhirter, Scott Heron, Wesley Payne, Terry Martin, Thomas Siloski, Kenneth Gates, David Cassada, Alonzo Cantu, Eric Speece, Darryl Schad, Ron Benson, Cory Thompson, Mark Keith Reeves, Michael Meleen, Dylon Thompson, Jo Ann Le Tulle, Bryce Thatcher, Terry Weatherman, Billy Cox, James Copeland, Pete Etolen, Rene Frausto, Galen Mathison, Clint Payne, Juan Campos, Derek Hepner, Howard Shaw, Howard Smith, Jason Beam, Michael Cothran, Miguel Hernandez, Michael Mull) and Defendants Anadarko Petroleum Corporation and Alpha Services, LLC pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED. All claims made by Plaintiff/Opt-Ins are dismissed, with prejudice.

Executed and entered on July 1, 2020, in Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO SUBSTANCE AND FORM:**

**MUNSCH, HARDT, KOPF & HARR, P.C.**

By: */s/ Daniel D. Pipitone*
    Daniel D. Pipitone
    State Bar No. 16024600
    Amber L. Karns
    State Bar No. 24080669
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:   (713) 222-1470
Facsimile:   (713) 222-1475
dpipitone@munsch.com
akarns@munsch.com

**ATTORNEYS FOR DEFENDANTS**

**MOORE & ASSOCIATES**

By: */x/ Curt Hesse*
    Melissa Moore
    State Bar No. 24013189
    Curt Hesse
    State Bar No. 24065414
Lyric Centre
440 Louisiana Street, Suite 675
Houston, Texas 77002
Telephone:   (713) 222-6775
Facsimile:   (713) 222-6739
melissa@mooreandassociates.net
curt@mooreandassciates.net

**ATTORNEYS FOR PLAINTIFF/OPT-INS**

4841-0553-5681v.1